No. 00–5151. ROMEO CAZACO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5152. CONTRERAS-MURATALLA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5153. SIMMONS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5154. SANCHEZ-GUILLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5155. ROBERTSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5157. SEGOVIANO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–5158. SLEDGE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 00–5159. DERROW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5161. LUONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5162. JOHNSON v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–5164. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–5165. YARBROUGH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5166. CAMPBELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5167. COPPEDGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5169. HAMILTON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.